**Emma V. Hanna, Plaintiff in Error, v. Peoples National Bank of Monmouth, Illinois, Defendant in Error.**

**Gen. No. 5,765. (Not to be reported in full.)**

Error to the Circuit Court of Warren county; the Hon. ROBERT J. GRIER, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

### Statement of the Case.

Action by Emma Hanna against Peoples National Bank of Monmouth, Illinois, to recover money alleged to have been deposited with defendant by plaintiff. From a judgment in favor of defendant, plaintiff brings error.

C. M. HUEY and L. E. MURPHY, for plaintiff in error.

BROWN & SOULE, for defendant in error.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

### Abstract of the Decision.

1. BANKS AND BANKING, § 118*—*when paid checks admissible.* In an action to recover money deposited with a bank, checks showing payment of the money to plaintiff's husband *held* admissible

---

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

to show that bank did not still hold the money and to corroborate testimony of bank officers.

2. BANKS AND BANKING, § 82*—*deposits in wife's name.* Husband may legally deposit money in the bank in his wife's name so that he can draw checks against it.

3. BANKS AND BANKING, § 117*—*proof of deposit.* Evidence *held* insufficient to prove that plaintiff deposited money in defendant's bank.